UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-00043-RBM |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 2252(a)(4)(B)- Possession of Images of Minors Engaged in Sexually Explicit Conduct; Title 18, U.S.C., Sec. 2253(a) and (b) – Criminal Forfeiture |
| STEPHEN ERIC MILLER, | |
| Defendant. | |

The United States Attorney charges:

COUNT 1

From a time unknown up to and including October 19, 2022, within the Southern District of California, defendant STEPHEN ERIC MILLER, did knowingly possess at least one matter which contained visual depictions that had been mailed, and had been shipped and transported using a means and facility of interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2),

and such visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATIONS

1. The allegation contained in Count 1 of this Information is realleged and by its reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2. Upon conviction of the offense alleged in Count 1, which involve a violation of Title 18, United States Code, Sections 2252(a)(4)(B), defendant STEPHEN ERIC MILLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all right, title and interest in:

   a. any visual depictions described in section 2252, and any matter which contains any such visual depictions;

   b. any property, real or personal, constituting or traceable to gross profits of the offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of said offense.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253(a) and (b).

DATED:      1/5/23

        RANDY S. GROSSMAN
        United States Attorney

        ANDREW SHERWOOD
        AMANDA L. GRIFFITH
        Assistant U.S. Attorneys